[No. 21784-8-II.    Division Two.    May 22, 1998.]

DONNA P. HANSEN, *Appellant*, v. RAYONIER, INC.,
*Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 92-2-00107-4, Kenneth D. Williams, J., entered February 21, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

[No. 21842-9-II.    Division Two.    May 22, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY E.
BLACKWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-8-01165-1, M. Karlynn Haberly, J., entered March 5, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 21945-0-II.    Division Two.    May 22, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL
ARTHUR DAVES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-00056-6, Bryan Edward Chushcoff, J., entered April 8, 1997. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 22112-8-II.    Division Two.    May 22, 1998.]

JOHN MOSICH, ET AL., *Respondents*, v. SEABED HARVESTING,
INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-10920-2, Karen L. Strombom, J., entered June 12, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Morgan, J.